**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROCK N' ROLL FOODS, LLC, *et al.*, | ) <br> ) |
| Plaintiffs, | ) Case No. 2:15-cv-00988-JAD-CWH <br> ) |
| vs. | ) **ORDER** <br> ) |
| STEPHEN FRAZER, *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

This matter is before the Court on defense counsel's Motion to Withdraw as Attorney (doc. # 14), filed August 6, 2015.

In the instant motion, defense counsel requests leave to withdraw as counsel of record for Defendants Stephen Frazer and Emerging Technology Corporation. The motion indicates that counsel has been unable to obtain payment for legal fees, and has been unable to contact the defendants despite various efforts to do so. Pursuant to Local Rule IA 10-6, "[n]o attorney may withdraw after appearing in a case except by leave of Court after notice has been served on the affected client and opposing counsel." The motion indicates that notice was served on the affected parties at their last known address, along with opposing counsel. Further, defense counsel has established good cause for the withdrawal.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that defense counsel's Motion to Withdraw as Attorney (doc. # 14) is **granted**.

**IT IS FURTHER ORDERED** that Defendants Stephen Frazer and Emerging Technology Corporation shall have until **Tuesday, September 8, 2015**, to advise the Court if they will retain new

counsel. Defendant Emerging Technology Corporation must retain new counsel if it intends to continue to litigate this matter, as a corporation may appear in federal court only through licensed counsel. See <u>U.S. v. High Country Broad. Co., Inc.</u>, 3 F.3d 1244, 1245 (9th Cir. 1993).

**IT IS FURTHER ORDERED** that the Clerk of Court shall add the last known address of Defendants Stephen Frazer and Emerging Technology Corporation to the civil docket and serve them with a copy of this order:

> Stephen Frazer
> CEO
> Emerging Technology Corporation
> 1573 Foothill Drive
> Boulder City, Nevada 89005

**IT IS FURTHER ORDERED** that a status hearing is set for **Thursday, September 17, 2015 at 9:00 a.m.** in LV Courtroom 3C. If notice of new counsel paperwork is filed prior to the hearing date, the hearing will be vacated.

Dated: August 21, 2015

_____
C.W. Hoffman, Jr.
United States Magistrate Judge